13 APR 11 PM 2:29

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDERICKA T. BRADSHAW,<br><br>                             Plaintiff,<br>vs.<br><br>DISCOVER FINANCIAL<br>SERVICES, INC.,<br><br>                             Defendants. | CASE NO. 13-CV-599<br><br>**ORDER DENYING MOTION TO PROCEED IFP**<br><br>[Dkt. No. 2] |

Plaintiff Freddericka T. Bradshaw has commenced a civil action against Defendant Discover Financial Services for violations of the Telephone Consumer Protection Act. (Dkt. No. 1.) Plaintiff is proceeding with counsel. Instead of paying the $350.00 filing fee, Plaintiff moves to proceed in forma pauperis ("IFP"). (Dkt. No. 2.) For the reasons set forth below, Plaintiff's motion to proceed IFP is **DENIED** and the action is dismissed without prejudice.

### DISCUSSION

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except for an application for writ of habeas corpus, must pay a filing fee of $350.00. 28 U.S.C. § 1914. An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d

1176, 1177 (9th Cir. 1999).

A party need not be completely destitute to proceed IFP. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948). But, "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984) (citing *Brewster v. North Am. Van Lines, Inc.*, 461 F.2d 649, 651 (7th Cir. 1972).

In an attached declaration, Plaintiff states that she has a monthly salary of $1,758.00. She owns outright a car valued at $1,749.00, furniture valued at $900.00, a computer valued at $400,00, clothing valued at $250.00, and jewelry valued at $200.00. She indicates that she owns a house "valued at $99,199.00 with $226.858.83 owed." She reports average monthly expenses of $1999.55, which includes $1,029 for her mortgage, $40 for recreation, $40 for personal grooming and hygiene, and $91 for phone/Internet/cell phone.

Although this is a close case, it appears Plaintiff could pay the filing fee by making acceptable sacrifices to other expenses. The motion to proceed IFP is **DENIED** and the case is **DISMISSED** without prejudice.

## CONCLUSION

For the reasons set forth above, the Court **DENIES** Plaintiff's motion to proceed IFP and **DISMISSES** the Complaint without prejudice. Plaintiff has forty-five (45) days from the date of this Order to reopen the case by paying the $350 filing fee. If Plaintiff fails to do so, the case will remain closed.

**IT IS SO ORDERED.**

Dated: April 11, 2013

Hon. Roger T. Benitez
United States District Judge