| | |
|---|---|
| 1 | T. KEVIN ROOSEVELT (CA Bar No. 2054859) |
|   | kroosevelt@fwtrl.com |
| 2 | JARED M. TOFFER (CA Bar No. 223139) |
|   | jtoffer@fwtrl.com |
| 3 | **FINLAYSON WILLIAMS TOFFER** |
|   | **ROOSEVELT & LILLY LLP** |
| 4 | 15615 Alton Parkway, Suite 250 |
|   | Irvine, CA 92618 |
| 5 | Phone: 949.759.3810 / Fax: 949.759.3812 |
| 6 | Attorneys for Defendant |
|   | DISCOVER FINANCIAL SERVICES |
| 7 | |
| 8 | DANIEL G. SHAY (CA Bar No. 250548) |
|   | DanielShay@SanDiegoBankruptcyNow.com |
|   | **LAW OFFICES OF DANIEL G. SHAY** |
| 9 | 409 Camino Del Rio South, Suite 101B |
|   | San Diego, CA 92108 |
| 10 | Phone: 619.222.7429 / Fax: 866.431.3292 |
| 11 | Attorneys for Plaintiff |
|   | FREDDERICKA T. BRADSHAW |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDERICKA T. BRADSHAW, | CASE NO. 13-CV-00599-BEN-BLM |
| Plaintiff, | Hon. Roger T. Benitez |
|  | Courtroom 4B |
| vs. | **JOINT STIPULATION OF** |
| DISCOVER FINANCIAL SERVICES, | **DISMISSAL OF ENTIRE ACTION** |
| INC., a Delaware Corporation, | **WITH PREJUDICE** |
| Defendant. | Complaint Filed: March 14, 2013 |

1  IT IS HEREBY STIPULATED by and between by and through the parties to
2  this action by and through their undersigned counsel that the above-captioned action
3  be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal
4  Rules of Civil Procedure.

6  DATED: August 8, 2013

   *[signature]*
   T. Kevin Roosevelt (CA Bar No. 205485)

   Attorney for Defendant
   DISCOVER FINANCIAL SERVICES
   E-mail: kroosevelt@fwtrl.com

10 DATED: August 8, 2013

   s/ *[signature]*
   Daniel G. Shay (CA Bar No. 250548)

   Attorney for Plaintiff
   FREDDERICKA T. BRADSHAW
   E-mail:
   DanielShay@SanDiegoBankruptcyNow.com

1

## PROOF OF SERVICE

I am over the age of eighteen years and am not a party to the within action. I am employed in the County of Orange, State of California, at the law offices of Finlayson Williams Toffer Roosevelt & Lilly LLP, members of the bar of this Court. My business address is 15615 Alton Parkway, Suite 250, Irvine, CA 92618. On **August 8, 2013**, I served the foregoing document(s) described as:

**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

☑ a true copy / ☐ an original thereof was served as follows:

✓ **BY CM/ECF NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the e-mail addresses noted.

✓ **BY MESSENGER SERVICE TO THE PRESIDING JUDGE**: I provided the document(s) to a professional messenger service for delivery before 12:00 p.m. the following business day to the Presiding Judge listed on the attached Service List.

___ **BY UNITED STATES MAIL**: I placed the document(s) in a sealed envelope and deposited it for collection and mailing to the parties on the attached Service List, following our ordinary business practices. I am familiar with the firm's practice for collecting and processing correspondence for mailing. On the same date that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

___ **BY OVERNIGHT DELIVERY**: I placed the document(s) in a sealed envelope or package (with delivery fees paid) addressed to the parties on the attached Service List and deposited it for collection and overnight delivery in a box or other facility regularly maintained by the overnight delivery service.

___ **BY ELECTRONIC MAIL**: I caused a true copy to be transmitted electronically to the e-mail address of the parties on the attached Service List. I am readily familiar with this firm's Microsoft Outlook electronic mail system and each such document was duly served electronically, and the transmission was reported as complete and without error.

___ **BY FACSIMILE**: I caused a true copy to be transmitted by facsimile machine to the parties and numbers indicated on the attached Service List, pursuant to Rule 2.306. The facsimile machine I used complied with Rule 2.306 and no error was reported by the machine. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is maintained by this office.

___ **BY MESSENGER SERVICE**:  I provided the document(s) to a professional messenger service for delivery on the same date before 5:00 p.m. to the parties on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct, and that the document(s) listed above was/were printed on recycled paper.  Executed on **August 8, 2013**.

s/ Katarina Castillo
_____
Katarina Castillo

Case Title: <u>Freddericka T. Bradshaw v. Discover Financial Services, Inc.</u>
USDC Case No.: 13CV0599 BEN BLM
File No.: 0720

## SERVICE LIST

<u>BY NEF</u>

- **Daniel G. Shay**
  DanielShay@SanDiegoBankruptcyNow.com,IGNSDBK@Gmail.com

<u>BY MESSENGER</u>

Hon. Roger T. Benitez                    Presiding Judge
United States District Court
Southern District
221 West Broadway
San Diego, CA  92101

<u>BY U.S. MAIL</u>

3