FILED

13 AUG 12 AM 11:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDERICKA T. BRADSHAW,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>DISCOVER FINANCIAL SERVICES, INC., a Delaware Corporation,<br>　　　　　　　　　　Defendant. | CASE NO. 13-CV-00599 BEN (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

　　　Pursuant to the parties' Joint Stipulation of Dismissal of Entire Action With Prejudice, the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The clerk may close the case.

**IT IS SO ORDERED.**

DATED: August 10, 2013

_____
HON. ROGER T. BENITEZ
United States District Court Judge